## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| TINA GERLACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:22-cv-00072-TWP-MG |
| | ) |
| TODD ROKITA, in his official capacity as Indiana | ) |
| Attorney General and his individual | ) |
| capacity, | ) |
| KELLY MITCHELL, in her official capacity as | ) |
| Indiana Treasurer, | ) |
| CURTIS HILL, in his individual capacity, and | ) |
| AARON NEGANGARD, in his individual | ) |
| capacity, | ) |
| Defendants. | ) |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court

now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants Todd Rokita, in his official capacity and

individual capacity, Kelly Mitchell, in her official capacity, Curtis Hill, in his individual capacity,

and Aaron Negangard in his individual capacity, and against Plaintiff Tina Gerlach. This action is

**TERMINATED**.

Dated: 3/29/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
    Deputy Clerk

Distribution:

Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
g.blanchfield@rwblawfirm.com

Matthew Thomas Heffner
Heffner Hurst
mheffner@heffnerhurst.com

Matthew Hurst
Heffner Hurst
mhurst@heffnerhurst.com

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov

Caryn Nieman Szyper
INDIANA ATTORNEY GENERAL
caryn.szyper@atg.in.gov

Charles R. Watkins
Guin, Stokes & Evans, LLC
charlesw@gseattorneys.com

Roberta A Yard
Reinhardt Wendorf & Blanchfield
r.yard@rwblawfirm.com